IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE L. SMITH,

     Appellant,

v.

JULIE JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1169

Opinion filed June 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Tyrone L. Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

Having considered appellant's response to the Court's order of March 17, 2016, the appeal is dismissed as untimely. See Fla. R. App. P. 9.110(b). The dismissal is without prejudice to appellant's right to seek relief in the trial court. Snelson v. Snelson, 440 So. 2d 477 (Fla. 5th DCA 1983).

RAY, MAKAR, and OSTERHAUS, JJ., CONCUR.